UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANTEZ BRADFORD, | ) |
| Petitioner, | ) |
| v. | ) No. 3:20-cv-00526 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

Petitioner, proceeding pro se, has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. No. 1) in case numbers 3:15-cr-00088-6 and 3:16-cr-00143-2. Pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts (the "2255 Rules") the Court has initially reviewed the petition and it does not "plainly appear" that Petitioner is not entitled to relief. Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court also finds that the interests of justice require counsel be appointed for Petitioner. Accordingly, the Court **APPOINTS** the Federal Public Defender to represent Petitioner.

On or before **September 20, 2020**, appointed counsel shall file an amended petition on behalf of Petitioner. On or before **November 4, 2020**, Respondent shall file a response to the amended petition in accordance with Rule 5 of the 2255 Rules. On or before **November 18, 2020**, Petitioner may file an optional reply in accordance with Rule 5(d) of the 2255 Rules.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE